CLOSED,FPDCNFLT

Jump to Docket Table

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Sherman)
# CRIMINAL DOCKET FOR CASE #: 4:16–cr–00155–ALM–KPJ–2

Case title: USA v. Gray et al

Date Filed: 11/10/2016

Date Terminated: 11/27/2018

Assigned to: District Judge Amos
L. Mazzant, III
Referred to: Magistrate Judge
Kimberly C Priest Johnson

**Defendant (2)**

| | | |
|---|---|---|
| **Craig Carey**<br>*TERMINATED: 11/27/2018* | represented by | **Matthew Dexter Hamilton**<br>Bob Jarvis Law Firm<br>123 West Houston<br>Sherman, TX 75090<br>903–892–8500<br>Fax: 903–892–8550<br>Email: matt@jarvishamilton.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Pending Counts**

CONSPIRACY TO VIOLATE 18
U.S.C. 1343 – WIRE FRAUD
(1)

**Disposition**

5 years probation, fine and interest waived, special assessment of $100. The defendant shall pay restitution in the amount of $140,269.32 to the victim

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level
(Terminated)**

None

**Complaints**                                                          **Disposition**

None

---

**Plaintiff**

**USA**                                        represented by **Lesley Davis Brooks**
U S Attorney's Office – Sherman
600 East Taylor
Suite 2000
Sherman, TX 75090
903/868–9454
Fax: 9038922792
Email: lesley.d.brooks@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/10/2016 | 1 | | SEALED INDICTMENT as to Acia Gray (1) count(s) 1, Craig Carey (2) count(s) 1, Tory Love (3) count(s) 1, Laneric Gray (4) count(s) 1, Shawn Lee (5) count(s) 1, Charles E. Lee (6) count(s) 1, Shawn Smith (7) count(s) 1, Lawrence Ambrose White (8) count(s) 1, Roland Richard (9) count(s) 1. (fnt, ) (Entered: 11/15/2016) |
| 11/10/2016 | 3 | | E–GOV SEALED Form AO 257 filed as to Craig Carey (fnt, ) (Entered: 11/15/2016) |
| 01/05/2017 | | | (ORAL) MOTION for Detention by USA as to Craig Carey. (fnt, ) (Entered: 01/05/2017) |
| 03/27/2017 | 84 | | Petition for Writ of Habeas Corpus ad Prosequendum as to Craig Carey. (Attachments: # 1 Text of Proposed Order)(mem) (Entered: 03/27/2017) |
| 03/27/2017 | 85 | | Petition for Writ of Habeas Corpus ad Prosequendum as to Craig Carey (Attachments: # 1 Text of Proposed Order)(fnt, ) (Entered: 03/27/2017) |
| 03/29/2017 | 87 | | ORDER GRANTING WRIT AD PROS as to Craig Carey re 84 Petition for Writ of Habeas Corpus ad Prosequendum, 85 Petition for Writ of Habeas Corpus ad Prosequendum. Signed by Magistrate Judge Christine A. Nowak on 03/29/2017. (kkc, ) (Entered: 03/29/2017) |
| 04/03/2017 | | | Case as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Shawn Smith, Lawrence Ambrose White, Roland Richard reassigned to Magistrate Judge Kimberly C Priest Johnson. Magistrate Judge Christine A. Nowak no longer assigned to the case. (pad, ) (Entered: 04/03/2017) |
| 04/03/2017 | 89 | | ORDER Effective April 1, 2017, Sherman Division criminal cases shall be reassigned/assigned as follows: Cases assigned to U.S. District Judge Marcia Crone shall be referred to Magistrate Judge Christine A. Nowak. Cases assigned to U.S. District Judge Amos L. Mazzant shall be referred to |

| | | |
|---|---|---|
| | | Magistrate Judge Kimberly C. Priest Johnson as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Shawn Smith, Lawrence Ambrose White, Roland Richard. Signed by Judge Ron Clark on 3/22/17. (fnt, ) (Entered: 04/04/2017) |
| 05/04/2017 | 98 | Writ of Habeas Corpus ad Prosequendum as to Craig Carey Returned Unexecuted. (kls, ) (Entered: 05/04/2017) |
| 05/19/2017 | | Arrest of Craig Carey in WD/LA. (fnt, ) (Entered: 05/24/2017) |
| 05/24/2017 | | INDICTMENT UNSEALED as to Craig Carey, Case unsealed as to Craig Carey (fnt, ) (Entered: 05/24/2017) |
| 05/24/2017 | 99 | Rule 5(c)(3) Documents Received from WD Louisana (Monroe), case number 3:17mj52, as to Craig Carey. (fnt, ) (Entered: 05/24/2017) |
| 05/25/2017 | | NOTICE OF HEARING as to Craig Carey: Arraignment and Detention hearings set for 5/26/2017 at 9:30 AM in Ctrm A01 (Sherman – Annex) before Magistrate Judge Christine A. Nowak. (kkc, ) (Entered: 05/25/2017) |
| 05/26/2017 | 100 | Minute Entry for proceedings held before Magistrate Judge Christine A. Nowak:Arraignment & Detention Hearing as to Craig Carey (2) Count 1 held on 5/26/2017. Detention hearing continued. (Court Reporter Digital Recording.) (pad, ) (Entered: 05/26/2017) |
| 05/26/2017 | | ORAL MOTION to Continue by Craig Carey. (pad, ) (Entered: 05/26/2017) |
| 05/26/2017 | 101 | ORDER APPOINTING COUNSEL as to Craig Carey. Signed by Magistrate Judge Christine A. Nowak on 5/26/2017. (pad, ) (Entered: 05/26/2017) |
| 05/26/2017 | 102 | SCHEDULING ORDER – PRETRIAL DISCOVERY & INSPECTION as to Craig Carey. Signed by Magistrate Judge Christine A. Nowak on 5/26/2017. (pad, ) (Entered: 05/26/2017) |
| 05/26/2017 | 103 | PRETRIAL ORDER as to Craig Carey Plea Agreement due by 6/20/2017. Pretrial Conference set for 7/7/2017 10:00 AM in Ctrm 208 (Sherman) before Judge Amos L. Mazzant III.. Signed by Magistrate Judge Christine A. Nowak on 5/26/2017. (pad, ) (Entered: 05/26/2017) |
| 05/26/2017 | 104 | ORDER SCHEDULING A DETENTION HEARING as to Craig Carey. Detention Hearing set for 6/1/2017 10:30 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson.. Signed by Magistrate Judge Christine A. Nowak on 5/26/2017. (pad, ) (Entered: 05/26/2017) |
| 05/30/2017 | | NOTICE ***TIME CHANGED ONLY*** for HEARING as to Craig Carey Detention Hearing set Thursday, 6/1/2017 ***TIME RESET T0 02:00 PM*** in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (ttm, ) (Entered: 05/30/2017) |
| 05/31/2017 | | NOTICE ***RESETTING*** DETENTION HEARING as to Craig Carey Detention Hearing ***RESET*** to Friday, 6/2/2017 10:00 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (ttm, ) (Entered: 05/31/2017) |
| 06/01/2017 | | NOTICE ***TIME CHANGE ONLY*** for DETENTION HEARING as to Craig Carey Detention Hearing set Friday, 6/2/2017 ***TIME CHANGED TO 03:00 PM*** in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest |

| | | | |
|---|---|---|---|
| | | | Johnson. (ttm, ) (Entered: 06/01/2017) |
| 06/02/2017 | 105 | | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson:Detention Hearing as to Craig Carey held on 6/2/2017. Defendant appeared with counsel. ORAL MOTION BY DEFENDANT TO CONTINUE DETENTION HEARING; ORAL ORDER GRANTING ORAL MOTION TO CONTINUE DETENTION HEARING; Detention hearing reset to Tuesday, 6/6/2017 @ 11:30AM before Judge Johnson. (Court Reporter Digital Recording.) (fnt, ) Modified on 6/7/2017 (fnt, ). (Entered: 06/02/2017) |
| 06/02/2017 | | | (ORAL) MOTION to Continue detention hearing by Craig Carey. (fnt, ) (Entered: 06/02/2017) |
| 06/02/2017 | | | ORAL ORDER as to Craig Carey granting re MOTION to Continue filed by Craig Carey. Signed by Magistrate Judge Kimberly C Priest Johnson on 6/2/17. (fnt, ) (Entered: 06/02/2017) |
| 06/02/2017 | 106 | | ORDER SCHEDULING A DETENTION HEARING, as to Craig Carey Detention Hearing set for 6/6/2017 11:15 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. Signed by Magistrate Judge Kimberly C Priest Johnson on 6/2/17. (fnt, ) (Entered: 06/02/2017) |
| 06/06/2017 | 107 | | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson:Detention Hearing as to Craig Carey held on 6/6/2017, Defendant appeared with counsel; ORAL ORDER GRANTING ORAL Motion to withdraw Motion to detain; Court determines to RELEASE; Dft remanded to USMO (Court Reporter Digital Recording.) (fnt, ) (Entered: 06/07/2017) |
| 06/06/2017 | 108 | | E–GOV SEALED Appearance Bond Entered as to Craig Carey in amount of $ 5,000.00, (fnt, ) (Entered: 06/07/2017) |
| 06/06/2017 | 109 | | E–GOV SEALED ORDER Setting Conditions of Release as to Craig Carey (2) Appearance. Signed by Magistrate Judge Kimberly C Priest Johnson on 6/6/17. (fnt, ) (Entered: 06/07/2017) |
| 06/13/2017 | 110 | | E–GOV SEALED Arrest Warrant Returned Executed on 5/19/2017 in case as to Craig Carey. (daj, ) (Entered: 06/13/2017) |
| 06/16/2017 | 111 | | Agreed MOTION to Continue by Craig Carey. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hamilton, Matthew) (Entered: 06/16/2017) |
| 06/20/2017 | 112 | | ORDER TO CONTINUE – Ends of Justice as to Craig Carey Time excluded from 6/20/17 until 8/4/2017., Motions terminated as to Craig Carey: 111 Agreed MOTION to Continue filed by Craig Carey.. Signed by Judge Amos L. Mazzant, III on 6/20/17. (fnt, ) (Entered: 06/20/2017) |
| 06/20/2017 | 113 | | PRETRIAL ORDER as to Craig Carey Final Pretrial Conference and Trial Scheduling re–set for 8/4/2017 10:00 AM in Ctrm 208 (Sherman) before Judge Amos L. Mazzant III. Signed by Judge Amos L. Mazzant, III on 6/20/17. (fnt, ) (Entered: 06/20/2017) |
| 07/10/2017 | 115 | | Second MOTION to Continue *and proposed order* by USA as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Roland Richard. (Attachments: # 1 Text of Proposed Order)(Brooks, Lesley) (Entered: 07/10/2017) |

| 07/17/2017 | 116 | ***CLERICAL ERROR, ORDER TO BE RE–FILED*** ORDER GRANTING MOTION FOR CONTINUANCE as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Roland Richard Final Pretrial Conference and Trial Scheduling re–set for 8/4/2017 10:00 AM in Ctrm 208 (Sherman) before Judge Amos L. Mazzant III. Signed by Judge Amos L. Mazzant, III on 7/17/17. (fnt, ) Modified on 7/17/2017 (fnt, ). Modified on 7/17/2017 (fnt, ). Modified on 7/17/2017 (fnt, ). (Entered: 07/17/2017) |
|---|---|---|
| 07/17/2017 | 117 | PRETRIAL ORDER, Final Pretrial Conference AND Trial Scheduling re–set for November 3, 2017, at 10:00 a.m.in the Paul Brown United States Courthouse, as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Roland Richard. Signed by Judge Amos L. Mazzant, III on 7/17/17. (fnt, ) (Entered: 07/17/2017) |
| 07/17/2017 | 118 | ***CORRECTED ORDER, REPLACING, ORDER 116 *** ORDER TO CONTINUE – Ends of Justice as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Roland Richard Time excluded from 7/17/2017 until 11/3/17. Final Pretrial Conference and Trial Scheduling re–set for 11/3/2017 10:00 AM in Ctrm 208 (Sherman) before Judge Amos L. Mazzant III. Signed by Judge Amos L. Mazzant, III on 7/17/17. (fnt, ) Modified on 7/17/2017 (fnt, ). (Entered: 07/17/2017) |
| 10/13/2017 | 135 | Third MOTION to Continue *and proposed order* by USA as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Shawn Smith, Lawrence Ambrose White, Roland Richard. (Attachments: # 1 Text of Proposed Order)(Brooks, Lesley) (Entered: 10/13/2017) |
| 10/23/2017 | 136 | ORDER TO CONTINUE – Ends of Justice granting 135 and 134 MOTIONS TO CONTINUE AND DESIGNATING CASE AS COMPLEX as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Shawn Smith, Lawrence Ambrose White, and Roland Richard. Signed by District Judge Amos L. Mazzant, III on 10/23/2017. (mcg) (Entered: 10/23/2017) |
| 10/23/2017 | 137 | PRETRIAL ORDER as to Acia Gray, Craig Carey, Tory Love, Laneric Gray, Shawn Lee, Charles E. Lee, Shawn Smith, Lawrence Ambrose White, and Roland Richard. Plea Agreement due by 1/23/2018. Final Pretrial Conference and Trial Scheduling set for 2/9/2018 at 10:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Signed by District Judge Amos L. Mazzant, III on 10/23/2017. (mcg) (Entered: 10/23/2017) |
| 01/11/2018 | | NOTICE of Deficiency regarding the 151 MOTION for Detention Hearing: Incorrect Defendant Selected. Correction should be made by ONE BUSINESS DAY. (mcg) (Entered: 01/12/2018) |
| 01/23/2018 | 160 | Agreed MOTION to Continue by Craig Carey. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hamilton, Matthew) (Entered: 01/23/2018) |
| 02/07/2018 | 173 | ORDER TO CONTINUE – Ends of Justice granting Defendants' Carey 160 , Lee 153 , Smith 154 and White 157 Motions to Continue. This case is RESET for Pretrial Conference AS TO ALL DEFENDANTS BEFORE THE COURT on April 13, 2018, at 10:00 a.m. Signed by District Judge Amos L. Mazzant, |

| | | | |
|---|---|---|---|
| | | | III on 2/7/2018. (mcg) (Entered: 02/07/2018) |
| 02/07/2018 | 174 | | PRETRIAL ORDER as to Acia Gray, Craig Carey, Tory Love, Shawn Lee, Charles E. Lee, Shawn Smith, and Lawrence Ambrose White. Plea Agreement due by 3/27/2018. Final Pretrial Conference and Trial Scheduling set for 4/13/2018 at 10:00 AM in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. Signed by District Judge Amos L. Mazzant, III on 2/7/2018. (mcg) (Entered: 02/07/2018) |
| 04/09/2018 | 223 | | NOTICE OF PLEA AGREEMENT as to Craig Carey. (Brooks, Lesley) (Entered: 04/09/2018) |
| 04/09/2018 | 224 | | ELEMENTS of the Offense by USA as to Craig Carey (Brooks, Lesley) (Entered: 04/09/2018) |
| 04/09/2018 | | | Terminate Deadlines and Hearings as to Craig Carey: Pretrial Hearing cancelled (dm, ) (Entered: 04/09/2018) |
| 04/11/2018 | | | NOTICE OF HEARING as to Craig Carey Change of Plea Hearing set Wednesday, 5/2/2018 10:30 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (ttm, ) (Entered: 04/11/2018) |
| 05/02/2018 | | | NOTICE ***RESETTING*** HEARING as to Craig Carey Change of Plea Hearing ***reset*** to Monday, 5/14/2018 10:30 AM in Ctrm 108 (Plano) before Magistrate Judge Kimberly C Priest Johnson. (ttm, ) (Entered: 05/02/2018) |
| 05/14/2018 | 247 | | Minute Entry for proceedings held before Magistrate Judge Kimberly C Priest Johnson: Change of Plea Hearing as to Craig Carey held on 5/14/2018. Defendant appeared with counsel and entered a Plea of Guilty to Count 1 of the Indictment. Defendant to remain on Conditions of Release. (Court Reporter Digital Recording.) (mcg) (Entered: 05/14/2018) |
| 05/14/2018 | 248 | | WAIVER AND CONSENT to Proceed Before United States Magistrate Judge for Entry of Guilty Plea by Craig Carey. (mcg) (Entered: 05/14/2018) |
| 05/14/2018 | 249 | | SEALED PLEA AGREEMENT as to Craig Carey. (mcg) (Entered: 05/14/2018) |
| 05/14/2018 | 251 | | Factual Basis by USA as to Craig Carey. (mcg) (Entered: 05/14/2018) |
| 05/15/2018 | 253 | | FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA as to Craig Carey. Signed by Magistrate Judge Kimberly C Priest Johnson on 5/15/2018. (mcg) (Entered: 05/16/2018) |
| 05/30/2018 | 261 | | ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT as to Craig Carey re 253 Findings of Fact and Recommendation on Guilty Plea. Signed by District Judge Amos L. Mazzant, III on 5/30/2018. (mcg) (Entered: 05/30/2018) |
| 07/19/2018 | 290 | | Unopposed MOTION to Modify Conditions of Release by Craig Carey. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hamilton, Matthew) (Entered: 07/19/2018) |
| 07/20/2018 | 292 | | ORDER granting 290 Motion to Modify Conditions of Release as to Craig Carey (2). Signed by Magistrate Judge Kimberly C Priest Johnson on 7/20/18. (ttm, ) (Entered: 07/20/2018) |

| 08/09/2018 | 298 | Unopposed MOTION for Extension of Time to File *Obj to PSR* by Craig Carey. (Attachments: # 1 Text of Proposed Order Proposed Order)(Hamilton, Matthew) (Entered: 08/09/2018) |
| --- | --- | --- |
| 08/10/2018 | 299 | ORDER granting 298 Motion for Extension of Time to File Objections to the Presentence Investigation Report as to Craig Carey (2). The deadline for objections is extended until September 10, 2018. Signed by District Judge Amos L. Mazzant, III on 8/10/2018. (mcg) (Entered: 08/10/2018) |
| 09/13/2018 | 305 | FINAL PRESENTENCE INVESTIGATION REPORT (SEALED) (including addendum) as to Craig Carey (Attachments: # 1 Supplement Cover Letter)(tlc) (Entered: 09/13/2018) |
| 09/13/2018 | 306 | SEALED PSI – SENTENCING RECOMMENDATION as to Craig Carey (tlc) (Entered: 09/13/2018) |
| 09/14/2018 |  | NOTICE OF HEARING as to Craig Carey: Sentencing set for 11/8/2018 at 1:30 p.m. in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. (kkc, ) (Entered: 09/14/2018) |
| 10/29/2018 |  | **RESET** Set/Reset Hearings as to Craig Carey: Sentencing set for 11/19/2018 at 9:00 a.m. in Ctrm A01 (Sherman – Annex) before District Judge Amos L. Mazzant III. (kkc, ) (Entered: 10/29/2018) |
| 11/13/2018 |  | **RESCHEDULED ** Reset Hearings as to Craig Carey: Sentencing reset for 11/26/2018 at 2:00 p.m. in Ctrm 208 (Sherman) before District Judge Amos L. Mazzant III. (kkc, ) (Entered: 11/13/2018) |
| 11/26/2018 | 315 | SEALED PSI – SENTENCING RECOMMENDATION as to Craig Carey (lrhoades, ) (Entered: 11/26/2018) |
| 11/26/2018 | 316 | Minute Entry for proceedings held before District Judge Amos L. Mazzant, III: Sentencing held on 11/26/2018 for Craig Carey (2), Count(s) 1, 5 years probation, fine and interest waived, special assessment of $100. The defendant shall pay restitution in the amount of $140,269.32 to the victim. Defendant released to begin probation. (Court Reporter Jan Mason.) (kkc, ) (Main Document 316 replaced on 11/27/2018) (kkc, ). (Entered: 11/26/2018) |
| 11/27/2018 | 317 | JUDGMENT as to Craig Carey (2), Count(s) 1, 5 years probation, $140,269.32 restitution, $100 special assessment fee. Signed by District Judge Amos L. Mazzant, III on 11/27/2018. (mcg) (Entered: 11/27/2018) |
| 11/27/2018 | 318 | SEALED Statement of Reasons re 317 Judgment. (mcg) (Entered: 11/27/2018) |
| 01/13/2023 | 360 | Supervised Release Jurisdiction Transferred to Eastern District of Louisiana as to Craig Carey. Transmitted Order Of Transfer, docket sheet, Indictment and Judgment to receiving district. (mmc) (Entered: 01/13/2023) |

| PROB 22 (Rev. 04/17) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 4:16CR00155-2 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT Eastern District of Texas | DIVISION Sherman Division |
|---|---|---|
| Craig Carey | NAME OF SENTENCING JUDGE The Honorable Amos L. Mazzant, III United States District Judge | |
| FILED: 1/13/23 U.S. DISTRICT COURT EASTERN DISTRICT COURT DAVID A. O'TOOLE, CLERK | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 26, 2018 | TO November 25, 2023 |

**OFFENSE**

18 U.S.C. § 1349 and 1343 CONSPRACY TO COMMIT WIRE FRAUD

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Texas"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Louisiana upon that Court's order of acceptance of jurisdiction.

    January 5
, 2023   *Date*

                 *United States District Judge*
                 AMOS L. MAZZANT, III

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    1/9/23

*Effective Date*                     *United States District Judge*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:16CR 155 |
| v. | § | Judge Mazzant |
| | § | |
| ACIA GRAY (1) | § | SEALED |
| CRAIG CAREY (2) | § | |
| TORY LOVE (3) | § | |
| LANERIC GRAY (4) | § | |
| SHAWN LEE (5) | § | |
| CHARLES E. LEE (6) | § | |
| SHAWN SMITH (7) | § | |
|   aka SHAUN SMITH | § | |
| LAWRENCE AMBROSE WHITE (8) | § | |
| ROLAND RICHARD (9) | § | |

FILED

NOV 1 0 2016

Clerk, U.S. District Court
Texas Eastern

## INDICTMENT

The United States Grand Jury charges:

## Introduction

At all times material to this Indictment:

1.     Wal-Mart Stores, Inc. is a retail company doing business in the Eastern District of Texas, and elsewhere.   For the purpose of this indictment, Wal-Mart Stores, Inc. will also be referred to as "Wal-Mart."

2.     In some Wal-Mart stores in the Eastern District of Texas, and elsewhere, customers can cash financial instruments to include checks.   Certegy is a company contracted by Wal-Mart to cross-reference social security numbers and last names in an effort to verify the legitimacy of financial instruments presented to Wal-Mart to be cashed.

3.     Certegy has servers that are located in St. Petersburg, Florida, and Chicago, Illinois.   Certegy does not have servers in Texas.

**Indictment**
**Page 1**

4.     Each time a financial instrument is presented to Wal-Mart to be cashed, the Wal-Mart employee requires the individual presenting the check to enter their social security number into the computer system and present photo identification.   The check is then entered into the check reader along with the social security number and that information is transmitted to Certegy's server by random assignment to either Florida or Illinois via a wire communication in interstate commerce.   Certegy ensures the social security number and last name provided match their records and no negative data is associated with the driver's license number or the routing number and account number presented.   Based on a review of this data, Certegy would either approve or decline the check and transmit the determination via a wire communication back to Wal-Mart.

5.     Even when a social security number and last name have been approved in the past, each time a financial instrument is presented to Wal-Mart to be cashed, a wire communication is initiated to either Certegy's Florida or Illinois server in interstate commerce.

6.     The United States Department of Treasury has been assigned a specific routing number ending in 518 for all Department of Treasury bank accounts.   All fictitious checks involved in this conspiracy use the routing number belonging to the United States Department of Treasury.

### Count One

Violation: 18 U.S.C. § 1349
(Conspiracy to violate 18 U.S.C. § 1343 - Wire Fraud)

From on or about July 7, 2015, and continuing through the present, in the Eastern

District of Texas and elsewhere, **Acia Gray, Craig Carey, Tory Love, Laneric Gray,**

**Shawn Lee, Charles E. Lee, Shawn Smith aka Shaun Smith, Lawrence Ambrose**

**White and Roland Richard** defendants, and others unknown to the Grand Jury, devised

a scheme and artifice to defraud Wal-Mart Stores, Inc., and to obtain money owned by

**Indictment**
**Page 2**

and under the custody and control of Wal-Mart Stores, Inc., by means of materially false and fraudulent pretenses, representations, and promises.

## MANNER AND MEANS OF THE CONSPIRACY

It was part of the scheme and artifice to defraud that:

1.      **Acia Gray**, **Craig Carey**, **Tory Love**, **Laneric Gray**, **Shawn Lee**, **Charles E. Lee**, **Shawn Smith aka Shaun Smith**, **Lawrence Ambrose White and Roland Richard** and others presented fictitious checks, purporting either to be issued by the United States Department of Treasury to an individual, or fictitious checks appearing to be from businesses, but drawn on the accounts of the United States Department of Treasury, to multiple Wal-Mart stores nationwide, to include Wal-Mart stores located in the Eastern District of Texas.   By presenting these fictitious checks to Wal-Mart stores, **Acia Gray**, **Craig Carey**, **Tory Love**, **Laneric Gray**, **Shawn Lee**, **Charles E. Lee**, **Shawn Smith aka Shaun Smith**, **Lawrence Ambrose White and Roland Richard** and others caused to be transmitted by means of a wire communication in interstate commerce a writing, signal, or sound in furtherance of their scheme to defraud.

2.      Wal-Mart Stores, Inc. has several locations in the Eastern District of Texas to include, but not limited to, stores located at the following addresses:

| Store Number | Physical Address |
|---|---|
| **5672** | **2662 Lucas Road, Lucas, TX 75002** |

Indictment
Page 3

| 206 | 2041 N. Redbud Blvd., McKinney, TX 75069 |
|---|---|
| 4240 | 3060 FM 407, Highland Village, TX 75077 |
| 777 | 3115 Edgar Brown, West Orange, TX 77630 |
| 283 | TX Hwy 87 Ferry Dr. 795 TX Ave., Bridge City, TX 77611 |
| 408 | 2004 Hwy 365, Nederland, TX 77642 |
| 457 | 1350 North Main, Vidor, TX 77662 |
| 651 | 4145 N. Dowlen Road, Beaumont, TX 77706 |

3.      As part of the conspiracy, **Acia Gray**, **Craig Carey**, and others presented fictitious checks to the Wal-Mart stores identified in paragraph 2, above, within the Eastern District of Texas.

4.      At no time were **Acia Gray**, **Craig Carey**, **Tory Love**, **Laneric Gray**, **Shawn Lee**, **Charles E. Lee**, **Shawn Smith aka Shaun Smith**, **Lawrence Ambrose White and Roland Richard** or others involved in this scheme entitled to the funds illegally obtained from Wal-Mart Stores, Inc.

All in violation of Title 18, United States Code, Section 1349.

Indictment
Page 4

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

**Cash Proceeds**

As a result of committing the offenses alleged in this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2), and 28 U.S.C. § 2461(c), approximately **$845,134.33** in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly as the result of the foregoing offenses alleged in this Indictment.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant -

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with a third person;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(a)(4), to seek forfeiture of any other property of Defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by Defendant.

**Indictment**
**Page 5**

A TRUE BILL

_____

FOREMAN

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____          11-10-16

LESLEY D. BROOKS                         DATE
Assistant United States Attorney

**Indictment**
**Page 6**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:16CR |
| v. | § | Judge |
| | § | |
| ACIA GRAY (1) | § | SEALED |
| CRAIG CAREY (2) | § | |
| TORY LOVE (3) | § | |
| LANERIC GRAY (4) | § | |
| SHAWN LEE (5) | § | |
| CHARLES E. LEE (6) | § | |
| SHAWN SMITH (7) | § | |
|   aka SHAUN SMITH | § | |
| LAWRENCE AMBROSE WHITE (8) | § | |
| ROLAND RICHARD (9) | § | |

## **NOTICE OF PENALTY**

### **Count One**

<u>Violation</u>:    18 U.S.C. § 1349 Conspiracy to Violate 18 U.S.C. § 1343

<u>Penalty</u>:    Imprisonment for a term of not more than 20 years, a fine not to exceed $250,000; supervised release for a term of not more than 5 years.

<u>Special Assessment</u>: $100.00

TXED15

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| | § | |
| v. | § | |
| | § | Case Number: **4:16-CR-00155-002** |
| **CRAIG CAREY** | § | USM Number: **20160-035** |
| | § | **Matthew Dexter Hamilton** |
| | § | Defendant's Attorney |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☐ | pleaded guilty to count(s) | |
| ☒ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | **1 of the Indictment** |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. §1349, 1343 | Conspiracy to Commit Wire Fraud | 11/10/2016 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**November 26, 2018**
Date of Imposition of Judgment

Signature of Judge

**AMOS L. MAZZANT, III**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**November 27, 2018**
Date

DEFENDANT: CRAIG CAREY
CASE NUMBER: 4:16-CR-00155-ALM-KPJ(2)

# PROBATION

The defendant is hereby sentenced to probation for a term of: 60 months

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

6. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

7. ☒ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. (*check if applicable*)

8. ☒ You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.

9. ☐ If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.

10. ☐ You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.
You must comply with the

DEFENDANT: CRAIG CAREY
CASE NUMBER: 4:16-CR-00155-ALM-KPJ(2)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at www.txep.uscourts.gov.

Defendant's Signature _____     Date _____

DEFENDANT:        CRAIG CAREY
CASE NUMBER:    4:16-CR-00155-ALM-KPJ(2)

# SPECIAL CONDITIONS OF SUPERVISION

You must pay any financial penalty that is imposed by the judgment.

You must provide the probation officer with access to any requested financial information for purposes of monitoring fine/restitution payments and employment.

You must not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid in full.

You must not participate in any form of gambling unless payment of any financial obligation ordered by the Court has been paid in full.

You must not possess or consume any alcoholic beverages.

You must participate in a program of testing and treatment for drug and alcohol abuse and follow the rules and regulations of that program until discharged. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing.

AO 245B (Rev. 2/18) Judgment in a Criminal Case

Judgment -- Page 5 of 6

DEFENDANT: CRAIG CAREY
CASE NUMBER: 4:16-CR-00155-ALM-KPJ(2)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $100.00 | | $.00 | $140,269.32 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

WalMart Global
Investigations-Restitution
1300 S. E. 8th Street
Bentonville, AR 72716-0405

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☒ the interest requirement is waived for the   ☐ fine      ☒ restitution

    ☐ the interest requirement for the   ☐ fine      ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 2/18) Judgment in a Criminal Case

Judgment -- Page 6 of 6

DEFENDANT: CRAIG CAREY
CASE NUMBER: 4:16-CR-00155-ALM-KPJ(2)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒ Lump sum payments of $ 140,369.32 due immediately, balance due

☐ not later than _____ , or

☒ in accordance ☐ C, ☐ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal 20 (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

**It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1, which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court.** Any restitution amount that remains unpaid when your supervision commences is to be paid on a monthly basis at a rate of at least 10% of your gross income, to be changed during supervision, if needed, based on your changed circumstances, pursuant to 18 U.S.C. § 3664(k). If you receive an inheritance, any settlements (including divorce settlement and personal injury settlement), gifts, tax refunds, bonuses, lawsuit awards, and any other receipt of money (to include, but not be limited to, gambling proceeds, lottery winnings, and money found or discovered) you must, within 5 days of receipt, apply 100% of the value of such resources to any restitution still owed.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to: the Clerk, U.S. District Court. Fine & Restitution, 211 West Ferguson Street Rm 106, Tyler, TX 75701.
The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several
See above for Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same loss that gave rise to defendant's restitution obligation.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.